HOLLAND & HART LLP
BENJAMIN N. SIMLER (SBN 273778)
bnsimler@hollandhart.com
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
Facsimile: 303.295.8261

Attorneys for Defendant Cameron Santos

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Riot Games, Inc. et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>Cameron Santos, et al.,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-195-MCS (ASx)<br><br>**STIPULATED MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:　　Jan. 18, 2021<br>Current response date:　Mar. 8, 2021<br>New response date:　　Mar. 24, 2021 |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and the Court's Initial Standing Order (ECF 11 § 4), Defendant Cameron Santos, by and through his undersigned counsel, and Plaintiffs Riot Games, Inc. and Bungie, Inc., by and through their undersigned counsel, hereby stipulate that the date for Defendant Cameron Santos to respond to the initial Complaint be extended by an additional 14 days from the current deadline of March 10, 2021:

| | |
|---|---|
| [March 24, 2021]<br>March 10, 2021 | Date for Defendant Santos to Respond to Initial Complaint |

This brief additional extension of time to respond to the initial Complaint is warranted because Defendant's counsel's wife gave birth on March 1, 2021, which has affected his ability to meet the existing response deadline. Additionally, the

parties have been engaged in settlement discussions and wish to further explore the possibility of settlement.

Therefore, for good cause shown, the parties stipulate and hereby move the Court to order that Defendant have until March 24, 2021, to respond to the initial Complaint.

IT IS SO STIPULATED:

Dated:  March 5, 2021                HOLLAND & HART LLP

By:  */s/Benjamin N. Simler* **
Benjamin N. Simler

Attorneys for Defendant Cameron Santos

*\*\* Pursuant to L.R. 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

MICTHELL SILBERBERG & KNUPP LLP

*/s/Marc E. Mayer* (with permission)
Marc E. Mayer
Mack. C. Humphrey

Attorneys for Plaintiffs
Riot Games, Inc. and Bungie, Inc.

16296032