HOLLAND & HART LLP
BENJAMIN N. SIMLER (SBN 273778)
bnsimler@hollandhart.com
555 17th Street, Suite 3200
Denver, CO 80202-3921
Telephone: 303.295.8000
Facsimile: 303.295.8261

*Attorneys for Defendant Cameron Santos*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIOT GAMES, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> CAMERON SANTOS, et al., <br><br> Defendants. | Case No. 2:21-cv-195-MCS (ASx) <br><br> **ANSWER TO COMPLAINT** <br><br> **DEMAND FOR JURY TRIAL** |

Cameron Santos ("Defendant") by and through undersigned counsel, hereby answers the allegations in Plaintiffs' complaint as follows  Any allegations not expressly admitted are denied, and:

1. Defendant is without information sufficient to admit or deny the allegations of Paragraph 1 of the Complaint.

2. Denied.

3. Denied.

4. Paragraph 4 of the Complaint states only legal conclusions to which no response is required.  To the extent any response is required, Defendant denies said allegations.

5. Paragraph 5 of the Complaint states only a legal conclusion to which no response is required.  To the extent any response is required, Defendant admits the Complaint purports to seek relief stated in this paragraph and denies Plaintiffs

1 | are entitled to any such relief.
2 |     6.    Paragraph 6 of the Complaint states only a legal conclusion to which
3 | no response is required.
4 |     7.    Denied.
5 |         a.    Denied.
6 |         b.    Denied.
7 |         c.    Denied.
8 |         d.    Denied.
9 |         e.    Defendant is without sufficient information sufficient to admit
10 | where Riot is located or has its principal place of business and otherwise denies the
11 | allegations of paragraph 7.e of the Complaint.
12 |     8.    Denied.
13 |     9.    Defendant is without sufficient information sufficient to admit or deny
14 | the allegations of Paragraph 9 of the Complaint.
15 |     10.    Defendant is without sufficient information sufficient to admit or deny
16 | the allegations of Paragraph 10 if the Complaint.
17 |     11.    Defendant admits that he is an individual resident residing in
18 | Albuquerque, New Mexico.  Defendant denies the remaining allegations in
19 | paragraph 11 of the Complaint.
20 |     12.    Defendant is without sufficient information sufficient to admit or deny
21 | the allegations of Paragraph 12 if the Complaint.
22 |     13.    Defendant is without sufficient information sufficient to admit or deny
23 | the allegations of Paragraph 13 if the Complaint.
24 |     14.    Denied.
25 |     15.    Defendant is without sufficient information sufficient to admit or deny
26 | the allegations of Paragraph 15 if the Complaint.
27 |     16.    Defendant is without sufficient information sufficient to admit or deny
28 | the allegations of Paragraph 16 if the Complaint.

17. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 17 if the Complaint.

18. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 18 if the Complaint.

19. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 19 if the Complaint.

20. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 20 if the Complaint.

21. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 21 if the Complaint.

22. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 22 if the Complaint.

23. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 23 if the Complaint.

24. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 24 if the Complaint.

25. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 25 if the Complaint.

26. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 26 if the Complaint.

27. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 27 if the Complaint.

28. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 28 if the Complaint.

29. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 29 if the Complaint.

30. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 30 if the Complaint.

31. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 31 if the Complaint.

32. Denied.

33. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 33 if the Complaint.

34. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 34 if the Complaint.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Defendant admits that he received a letter regarding the Destiny 2 Cheats and that he made a statement via Telegram that speaks for itself. Defendant denies the remaining allegations in paragraph 43 of the Complaint.

44. Defendant is without sufficient information sufficient to admit or deny the allegations that the Destiny 2 Cheats were removed from public-facing pages of the GatorCheats website and that despite the public removal of the Destiny 2 Cheats from the GatorCheats website, information about the Destiny 2 Cheats remained accessible on the GatorCheats website for weeks thereafter. Defendant denies the remaining allegations of Paragraph 44 if the Complaint.

45. Denied.

46. Denied.

47. Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 47 if the Complaint.

48. Denied.

49. Defendant is without sufficient information sufficient to admit or deny the allegations that the Cheating Software has no purpose or function other than to enable players to violate the License Agreements by using cheats and exploits. Defendant denies the remaining allegations in paragraph 49 of the Complaint

50. Denied.
    a. Denied.
    b. Denied.
    c. Denied.

51. Denied.

## COUNT I

## Trafficking In Circumvention Devices

52. Defendant incorporates its preceding responses as if set forth fully herein.

53. Paragraph 53 of the Complaint states only a legal conclusion to which no response is required. Defendant is also without sufficient information sufficient to admit or deny the allegations of Paragraph 53.

54. Paragraph 54 of the Complaint states only a legal conclusion to which no response is required. Defendant is also without sufficient information sufficient to admit or deny the allegations of Paragraph 54.

55. Denied.

56. Denied.

57. Denied.

58. Paragraph 58 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

59. Paragraph 59 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies

said allegations.

60.     Paragraph 60 of the Complaint states only a legal conclusion to which no response is required.  To the extent any response is required, Defendant denies said allegations.

61.     Denied.

62.     Paragraph 62 of the Complaint states only a legal conclusion to which no response is required.  To the extent any response is required, Defendant denies said allegations.

63.     Paragraph 63 of the Complaint states only a legal conclusion to which no response is required.  To the extent any response is required, Defendant denies said allegations.

64.     Paragraph 64 of the Complaint states only a legal conclusion to which no response is required.  To the extent any response is required, Defendant denies said allegations.

65.     Paragraph 65 of the Complaint states only a legal conclusion to which no response is required.  To the extent any response is required, Defendant denies said allegations.

## COUNT II

### Intentional Interference With Contractual Relations

66.     Defendant incorporates its preceding responses as if set forth fully herein.

67.     Defendant is without sufficient information sufficient to admit or deny the allegations of Paragraph 67 if the Complaint.

68.     Paragraph 68 of the Complaint states only a legal conclusion to which no response is required.  To the extent any response is required, Defendant denies said allegations.

69.     Paragraph 69 of the Complaint states only a legal conclusion to which no response is required.  Defendant is also without sufficient information sufficient

to admit or deny the allegations of Paragraph 69.

70. Denied.

71. Paragraph 71 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

72. Paragraph 72 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

73. Paragraph 73 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

74. Paragraph 74 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

75. Paragraph 75 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

## COUNT III
## Unfair Competition

76. Defendant incorporates its preceding responses as if set forth fully herein.

77. Paragraph 77 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

78. Paragraph 78 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

79. Paragraph 79 of the Complaint states only a legal conclusion to which

no response is required. Defendant is also without sufficient information sufficient to admit or deny the allegations of Paragraph 79.

80. Paragraph 78 of the Complaint states only a legal conclusion to which no response is required. To the extent any response is required, Defendant denies said allegations.

## AFFIRMATIVE DEFENSES

Without conceding that any of the following are affirmative defenses or undertaking the burden of production or persuasion as to any fact or issue as to which Plaintiffs bear such burden, Defendant asserts the following:

1. The Complaint fails to set forth a claim upon which relief may be granted and fails to plead any alleged fraud with the requisite particularity

2. Any Contracts alleged in the Complaint to exist are void and unenforceable.

3. Defendant is not subject to personal jurisdiction in this Court.

4. This Court is not a proper venue for this action.

5. All claims in the Complaint are subject to mandatory, binding, and confidential arbitration. Plaintiffs are estopped from denying same.

6. All claims in the Complaint are barred by license, approval, or acquiescence.

7. All claims in the Complaint are barred by Plaintiff's misuse of its alleged intellectual property, including by copyright, trademark, and patent misuse.

8. All of Plaintiffs' claims are barred by the doctrine of estoppel.

9. All of Plaintiffs' claims are barred by the First Amendment. Any statute or law purporting to impose liability upon Defendant based on the conduct alleged is invalid and unconstitutional.

10. All of Plaintiffs' claims, and in particular the First Claim, are barred by the doctrine of Fair Use.

# PRAYER FOR RELIEF

WHEREFORE, Defendant requests that the Court enter judgment in his favor and against Plaintiffs and award Defendant his costs, attorney's fees, and other expenses.

# JURY DEMAND

WHEREFORE, Defendant demands a jury as to all issues so triable.

Dated:  March 24, 2021              HOLLAND & HART LLP


                                    By:  /s/Benjamin N. Simler
                                              Benjamin N. Simler
                                    *Attorneys for Defendant Cameron Santos*

16448508